AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Milton Alberto Martinez-Rivera | ) | 5:26-mj-1195-PRL |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 27, 2026_____ in the county of _____Marion_____ in the _____Middle_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 111(a)(1) | Forcible Assault on Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Mark Annotti, ICE ERO
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____07/16/2026_____

_____
*Judge's signature*

City and state:        Ocala, Florida                    Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA                          CASE NO. 5:26-mj-1195-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF THE
### ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 23 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2.      This affidavit is submitted in support of the issuance of a criminal complaint charging **Milton Alberto MARTINEZ-RIVERA** with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Deportation Officer (DO) D.M., who was and is an officer of the United States or of any agency in any branch of the United States Government, while he was engaged in and on account of the performance of his official duties, and where such acts involved physical contact with the DO, in violation of 18 U.S.C. § 111(a)(1). The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various

government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3.     On or about June 27, 2026, the ICE/ERO Orlando Fugitive Operations Unit (FOU) and Florida Highway Patrol (FHP) were conducting joint operations along I-75 in Marion County, Florida. Marion County falls within the Middle District of Florida.  During the operation, FHP observed a Ford van with a heavily cracked windshield on the driver's side travelling in the far left lane at a slower pace than the traffic in the right lanes. FHP further observed a Hispanic male passenger not wearing his seat belt and upon seeing FHP, placed a window blind over the window completely obstructing the view of the window. FHP initiated a traffic stop. ICE/ERO FUO DO D.M. assisted with the traffic stop.

4.     FHP made contact with the driver, E.C. (A ### ### 717; FL DL C#########340) and the front passenger, **MARTINEZ-RIVERA**, and were informed of the reason of the traffic stop. Both driver and **MARTINEZ-RIVERA** were asked for their identification. **MARTINEZ-RIVERA** stated that he left his identification at home. **MARTINEZ-RIVERA** voluntarily stated his full name, date of birth, that he was not in the United States legally, and that he had been in the country for approximately seven years. FHP then relayed this information to DO

2

D.M. DO D.M., who was standing with FHP on the driver's side of the vehicle, verbally confirmed this information with **MARTINEZ-RIVERA** and then both FHP and DO D.M. walked to the passenger side of the vehicle.

5.    As part of the performance of his official duties, DO D.M. informed **MARTINEZ-RIVERA** that he was under arrest and asked him to exit the vehicle. While **MARTINEZ-RIVERA** was stepping out of the vehicle, he violently spun around striking DO D.M. on the head and knocking him backwards into oncoming traffic causing injuries to his right elbow, right knee, and shoulder. **MARTINEZ-RIVERA** fled on foot into oncoming traffic with FHP and DO D.M. in pursuit. FHP deployed and hit **MARTINEZ-RIVERA** with a department issued taser, but the taser was ineffective. Multiple FHP units, the Ocala Police Department (PD), and the Marion County Sherrif's Department (MCSO) were called in to assist with the search, but the search team was unable to locate **MARTINEZ-RIVERA** on that day.

6.    On July 6, 2026, FHP obtained a state-issued arrest warrant for **MARTINEZ-RIVERA** under case number 42-2026-CF-002786, Marion County, Florida.

7.    On July 10, 2026, the Hillsborough County Sheriff's Office (HCSO) arrested **MARTINEZ-RIVERA** and booked him into Hillsborough County Jail (HCJ) based on three out-of-county arrest warrants from Marion County. Following his arrest, the HCJ booking system automatically forwarded **MARTINEZ-**

3

**RIVERA**'s information to the Alien Criminal Response Information Management System (ACRIMe) national database.

8.     On July 10, 2026, DO Jessica Chamorro-Cordero identified **MARTINEZ-RIVERA**'s information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Chamorro-Cordero filed an ICE immigration detainer on **MARTINEZ-RIVERA** with the HCJ.

9.     On July 13, 2026, **MARTINEZ-RIVERA** was transferred from the HCJ and booked into Marion County Jail (MCJ) based on state criminal charges of (1) battery on law enforcement officer (DO D.M.), (2) resist law enforcement officer with violence (DO D.M.), and (3) resist officer with violence (DO D.M.) under case number 42-2026-CF-002786, Marion County, Florida. Following his arrest, the MCJ booking system automatically forwarded **MARTINEZ-RIVERA**'s information to the Alien Criminal Response Information Management System (ACRIMe) national database.

10.     On July 15, 2026, DO Angel Rivera identified **MARTINEZ-RIVERA**'s information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. DO Rivera filed an updated ICE immigration detainer on **MARTINEZ-RIVERA** with the MCJ.

11.     Based on the foregoing, there is probable cause to believe that on June 27, 2026, **MARTINEZ-RIVERA** did forcibly assault, resist, oppose, impede, intimidate, and interfere with DO D.M., who was and is an officer of the United

4

States or of any agency in any branch of the United States Government, while he was engaged in and on account of the performance of his official duties, and where such acts involved physical contact, in violation of 18 U.S.C. § 111(a)(1).

This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 16th day of July 2026.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

5